# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DR. JAMES L. SHERLEY; DR. THERESA DEISHER; NIGHTLIGHT CHRISTIAN ADOPTIONS, individually and as next friend for PLAINTIFF EMBRYOS; SHAYNE AND TINA NELSON; WILLIAM AND PATRICIA FLYNN; CHRISTIAN MEDICAL ASSOCIATION, <br><br>                  Plaintiffs, <br><br>    v. <br><br>KATHLEEN SEBELIUS, in her official capacity as Secretary of the Department of Health and Human Services; DEPARTMENT OF HEALTH AND HUMAN SERVICES; DR. FRANCIS S. COLLINS, in his official capacity as Director of the National Institutes of Health; NATIONAL INSTITUTES OF HEALTH, <br><br>                  Defendants. | Civil Action No. ____ |

### PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTIVE RELIEF

Plaintiffs respectfully request a preliminary injunction enjoining Defendants from taking any further actions to implement or apply the guidelines for public funding of research involving stem cells derived from human embryos ("Guidelines") promulgated by the National Institutes of Health ("NIH"). 74 Fed. Reg. 32,170 (July 7, 2009). The Guidelines are contrary to law, arbitrary and capricious, and were not issued in accordance with the procedures required by law.

The grounds for the present Motion are fully set forth in the accompanying Memorandum of Points and Authorities and Declarations of Dr. James L. Sherley, Dr. Theresa Deisher, Tina Nelson, William T. Flynn, and Ronald L. Stoddart.

Dated: August 19, 2009

Respectfully Submitted,

_____
Thomas G. Hungar, D.C. Bar No. 447783
Bradley J. Lingo, D.C. Bar No. 490131
Ryan G. Koopmans, D.C. Bar No. 986233
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 955-8500

Blaine H. Evanson, Cal. Bar No. 254338
Alison E. Klingel, Cal. Bar No. 258194
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
(213) 229-7000

Samuel B. Casey, Cal. Bar No. 76022
*Law of Life Project*
ADVOCATES INTERNATIONAL
8001 Braddock Road, Suite 300
Springfield, VA 22151
(703) 894-1076

Steven H. Aden, D.C. Bar No. 466777
ALLIANCE DEFENSE FUND
801 G. Street N.W., Suite 509
Washington, D.C. 20001
(202) 393-8690

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and accurate copy of the foregoing Motion for Preliminary Injunction, Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Injunction and Declarations of William T. Flynn, Dr. James Sherley, Dr. Theresa Deisher, Mrs. Tina Nelson, Ronald L. Stoddart and Bradley J. Lingo, and Proposed Order was served by Certified United States Mail, postage prepaid, this 19th day of August, 2009, upon the following:

    Kathleen Sebelius
    Secretary, Department of Health and Human Services
    200 Independence Avenue, S.W.
    Bethesda, MD 20892

    Dr. Francis Collins
    Director, National Institutes of Health
    9000 Rockville Pike
    Bethesda, MD 20892

    The Honorable Eric Holder
    United States Attorney General
    U.S. Department of Justice
    950 Pennsylvania Avenue, N.W.
    Washington, DC 20530-0001

    Channing D. Phillips
    Acting United States Attorney
    555 4th Street, NW
    Washington, DC 20530

*/s/ Lindsey Parker*
Lindsey Parker
Legal Assistant