UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. JAMES L. SHERLEY, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>)<br>KATHLEEN SEBELIUS, *et al.*, )<br>)<br>Defendants. )<br>) | Civ. No. 1:09-cv-1575 RCL |

## **ORDER**

Upon consideration of defendants' Motion to Dismiss, the memorandum of law in support thereof, and responses thereto, it is hereby

ORDERED that the Motion to Dismiss is GRANTED, and that this action is DISMISSED WITH PREJUDICE.

Singed by Royce C. Lamberth, Chief Judge, on October 27, 2009.