IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| DR. JAMES L. SHERLEY, et al., | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:09-cv-01575-RCL |
| | ) | |
| KATHLEEN SEBELIUS, in her official capacity as Secretary of the Department of Health and Human Services, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

On October 16, 2009, I filed a Notice of Appearance in this matter on behalf of Plaintiffs.

I now withdraw that notice.


DATED: October 30, 2009

Respectfully Submitted,


 /s/ Ryan G. Koopmans
Ryan G. Koopmans, D.C. Bar No. 986233
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 887-3565

**Certificate of Service**

I hereby certify that on October 16, 2009, I caused a true and correct copy of the foregoing Notice of Appearance to be served on Defendants' counsel electronically by means of the Court's ECF system.

  /s/ Ryan G. Koopmans  
Ryan. G. Koopmans
