# GIBSON, DUNN & CRUTCHER LLP

LAWYERS

A REGISTERED LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

1050 Connecticut Avenue, N.W.  Washington, D.C. 20036-5306
(202) 955-8500
www.gibsondunn.com

BLingo@gibsondunn.com

November 2, 2009

Direct Dial
(202) 887-3681

Fax No.
(202) 530-9683

Client No.
T 04949-00003

Theresa Sorensen
333 Constitution Ave., N.W.
Room 6519
Washington, D.C.  20001

    Re:    *Ordering The Transcript In Sherley et al. v. Sebelius et al. (No. 1:09-cv-01575-RCL) On An Expedited Basis*

Dear Ms. Sorensen:

On October 29, 2009, my colleague, Ryan J. Watson, orally ordered an expedited transcript of the October 14, 2009 hearing that was held before Chief Judge Lamberth in *Sherley et al. v. Sebelius et al.* (No. 1:09-cv-01575-RCL).  The purpose of this letter is to order that same transcript in writing pursuant to Federal Rule of Appellate Procedure 10(b).

As you discussed with Mr. Watson on October 29, we will pay for the cost of the transcript once it is ready.  Please call Mr. Watson at (202) 955-8295 as soon as the transcript is ready.

                                  Sincerely,

                                  Bradley J. Lingo

**Certificate of Service**

I hereby certify that on November 2, 2009, I caused a true and correct copy of the foregoing order of an expedited transcript of the October 14, 2009 hearing to be served on Defendants' counsel electronically by means of the Court's ECF system.

                                                        */s/ Bradley J. Lingo*
                                                        Bradley J. Lingo