UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                    )
DR. JAMES L. SHERLEY, *et al.*,    )
                                                    )
                 Plaintiffs,         )
                                                    )
v.                                                 )   Civ. No. 1:09-cv-1575 (RCL)
                                                    )
                                                    )
KATHLEEN SEBELIUS, *et al.*,        )
                                                    )
                 Defendants.      )
_____)

## ORDER

Upon consideration of plaintiffs' Motion [3] for a Preliminary Injunction, the opposition and reply thereto, the applicable law, and the entire record herein, it is, for the reasons set forth in the accompanying Memorandum Opinion, hereby

ORDERED that plaintiffs' motion is GRANTED; it is further

ORDERED that defendants and their officers, employees, and agents are enjoined from implementing, applying, or taking any action whatsoever pursuant to the National Institutes of Health Guidelines for Human Stem Cell Research, 74 Fed. Reg. 32,170 (July 7, 2009), or otherwise funding research involving human embryonic stem cells as contemplated in the Guidelines.

SO ORDERED.


Signed by Royce C. Lamberth, Chief Judge, on August 23, 2010.