# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 09-5374**  **September Term, 2009**

FILED ON UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

JAMES L. SHERLEY, ET AL.,
　　APPELLANTS

FILED  JUN 2 5 2010

v.

KATHLEEN SEBELIUS, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF HEALTH
AND HUMAN SERVICES, ET AL.,
　　APPELLEES

CLERK

Appeal from the United States District Court
for the District of Columbia
(No. 1:09-cv-01575-RCL)

Before: GINSBURG, BROWN and KAVANAUGH, *Circuit Judges*

**JUDGMENT**

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court be reversed with respect to the dismissal of the plaintiffs' claims for lack of standing insofar as it applies to the Doctors and be affirmed in all other respects; the order dismissing as moot plaintiffs' motion for a preliminary injunction be reversed; and the matter be remanded to the district court for further proceedings, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

**MANDATE**

Pursuant to the provisions of Fed. R. App. Pro. 41(a)

ISSUED: 8/13/10

BY:

ATTACHED: ___ Amending Order
　　　　　　___ Opinion
　　　　　　___ Order on Costs

FOR THE COURT:
Mark J. Langer, Clerk

BY: /s/
Michael C. McGrail
Deputy Clerk

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk

Date: June 25, 2010

Opinion for the court filed by Circuit Judge Ginsburg.