IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAMES L. SHERLEY,** *et al.*, ) | |
| ) | |
| **Plaintiffs**, ) | |
| ) | |
| v. ) | Case No. 1:09-cv-01575-RCL |
| ) | |
| **KATHLEEN SEBELIUS**, in her official ) | |
| capacity as Secretary of the Department of ) | |
| Health and Human Services, *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that defendants Kathleen Sebelius, in her official capacity as Secretary of the Department of Health and Human Services; the Department of Health And Human Services; Dr. Francis S. Collins, in his official capacity as Director of the National Institutes of Health; and the National Institutes of Health appeal to the United States Court of Appeals for the District of Columbia Circuit from the Opinion and Order granting Plaintiffs' Motion for Preliminary Injunction (Dkt Nos. 44 and 45), entered August 23, 2010.

Dated: August 31, 2010            Respectfully submitted,

TONY WEST
Assistant Attorney General

RONALD C. MACHEN JR.
United States Attorney

SHEILA LIEBER
Deputy Branch Director, Federal Programs Branch

*/s/ Kyle R. Freeny*
ERIC R. WOMACK, IL Bar No. 6279517
JOEL McELVAIN, DC Bar No. 448431
TAMRA MOORE, DC Bar No. 488392

KYLE R. FREENY, CA Bar No. 247857
Trial Attorneys, Federal Programs Branch
U.S. Department of Justice, Civil Division
P.O. Box 883, Washington, DC  20044
Telephone:  (202) 514-5108
Facsimile:   (202) 616-8470
Email:  Kyle.Freeny@usdoj.gov

*Counsel for Defendants*