IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAMES L. SHERLEY,** *et al.*, ) | |
| ) | |
| **Plaintiffs**, ) | |
| ) | |
| v. ) | Case No. 1:09-cv-01575-RCL |
| ) | |
| **KATHLEEN SEBELIUS**, in her official ) | |
| capacity as Secretary of the Department of ) | |
| ) | |
| Health and Human Services, *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

## [PROPOSED] ORDER

Upon consideration of Defendants' Emergency Motion to Stay Preliminary Injunction Pending Appeal, any memoranda filed in support thereof or opposition thereto, and the entire record herein, it is hereby,

ORDERED that Defendants' Motion is GRANTED, and it is

FURTHER ORDERED that the Court's August 23, 2010 Order in this case is stayed in its entirety pending Defendants' appeal.

SO ORDERED this _____ day of _____, 2010.

_____
THE HONORABLE ROYCE C. LAMBERTH