IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAMES L. SHERLEY,** *et al.*, | ) |
| | ) |
| **Plaintiffs**, | ) |
| | ) |
| v. | )   Case No. 1:09-cv-01575-RCL |
| | ) |
| **KATHLEEN SEBELIUS**, in her official capacity as Secretary of the Department of Health and Human Services, *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## [PROPOSED] ORDER

Upon consideration of Defendants' Motion for Expedited Briefing and Consideration of their Emergency Motion to Stay the Injunction Pending Appeal, it is hereby

ORDERED that Defendants' Motion is GRANTED, and it is

FURTHER ORDERED that Plaintiffs shall file any opposition to Defendants' Motion to Stay Injunction Pending Appeal by September 3, 2010.

SO ORDERED this _____ day of _____, 2010.

_____
THE HONORABLE ROYCE C. LAMBERTH