# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. JAMES L. SHERLEY, et al., | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 09-CV-01575-RCL |
| KATHLEEN SEBELIUS, et al., | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE OF THOMAS M. JOHNSON, JR.

To the Clerk and all parties of record:

Please note my appearance in this action on behalf of Plaintiffs.

Respectfully submitted this 3rd day of September 2010.

/s/ Thomas M. Johnson, Jr.
Thomas M. Johnson, Jr. (Bar No. 976185)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue N.W.
Washington D.C. 20036
Tel. (202) 955-8500

*Counsel for Plaintiffs*

2

**Certificate of Service**

I hereby certify that on September 3, 2010, I caused a true and correct copy of the foregoing Notice of Appearance to be served on Defendants' counsel electronically by means of the Court's ECF system.

                                                   /s/ Thomas M. Johnson, Jr.
                                                   Thomas M. Johnson, Jr.