**EXHIBIT A**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DR. JAMES L. SHERLEY, et al., <br>                   Plaintiffs, <br><br> v. <br><br> KATHLEEN SEBELIUS, et al., <br>                   Defendants. | Civil Action No. 09-CV-01575-RCL |

**DECLARATION OF DR. THERESA DEISHER IN SUPPORT OF PLAINTIFFS'
OPPOSITION TO A STAY OF THE PRELIMINARY INJUNCTION**

I, Dr. Theresa Deisher, declare as follows:

1. I am a plaintiff in this action, and I am over the age of eighteen and competent to testify. I am knowledgeable about the facts set forth herein and make this declaration in opposition to Defendants' Motion for a Stay.

2. I received my B.A. in Human Biology and Ph.D. in Molecular and Cellular Physiology from Stanford University. I have nineteen years of experience in scientific and corporate leadership positions involving research, discovery, production, and commercialization of human therapeutics.

3. I am an adult stem cell researcher specializing in adult stem cell therapies and regenerative medicine. I work exclusively with adult stem cells, and I do not conduct research on human embryos or use human embryonic stem cells.

4. I am the founder, managing member, and research and development director of AVM Biotechnology. I personally founded AVM Biotechnology, with the help of private donors. These funds are limited, and additional private funding is scarce and difficult to obtain. In order to continue my research, and in order for AVM Biotechnology to achieve success, I must obtain funding from the National Institutes of Health ("NIH"). I am currently in the process of applying for NIH funding, and I will continue to seek funding for adult stem cell research in the future.

5. The National Institutes of Health Guidelines for Human Stem Cell Research will result in increased competition for the limited resources that are available to fund human stem cell research, threatening my ability to obtain federal funding for my adult stem cell research.

6. The Declaration of NIH Director Francis S. Collins ("Collins Decl.") submitted in support of the Government's Motion for Stay contains numerous factual assertions and characterizations regarding the nature of and prospects for adult stem research, human embryonic stem cell research, and induced pluripotent stem cell research that are directly contrary to the evidence in the administrative record, and that do not accurately reflect the published literature on those subjects. This declaration will address and correct some of Director Collins's more substantial errors and mischaracterizations.

## History of Stem Cell Research

7. The Collins Declaration compares the history of embryonic stem cell research with adult stem cell research, but mischaracterizes the actual facts in that historical comparison,

by using the non-equivalent terms "isolated" and "identified."  (See Collins Decl. ¶¶ 5, 7.)  The declaration asserts that "[h]uman embryonic stem cells ("hESC") were first *isolated* in 1998" (*id.* ¶ 5 (emphasis added)), and then subsequently asserts that "adult stem cells were *identified* over a half century ago and have been the subject of robust research for decades" (*id.* ¶ 7 (emphasis added)).  The comparison is not parallel, as "identified" simply indicates observation of the existence or potential existence of the stem cell, whereas "isolated" signifies verification of the existence of the stem cell by physically obtaining, manipulating, and growing the target stem cell in the laboratory.  The accurate comparison from the published literature shows that mouse embryonic stem cells were first isolated and successfully grown in the laboratory in 1981,[1] while the first mouse adult stem cell was successfully isolated and purified in the laboratory in 1988.[2]  Human embryonic stem cells, in contrast, were first isolated and grown briefly in the laboratory in 1994,[3] and first successfully maintained long-term in the laboratory in 1998.[4]  The first human adult stem cell was first successfully isolated in the laboratory in 1992.[5]  Director Collins's misleading references to "a half century" and "fifty years" of research with adult stem cells (*see id.* ¶ 7) relate to studies using whole bone marrow transplant, in which a stem cell was believed to be present as the effective entity, but, as noted, the actual stem cell had not been physically isolated and verified.

---

[1]  Evans & Kaufman, *Nature* 292, 154 (July 1981); Martin, *Proc. Natl. Acad. Sci. USA* 78, 7634 (December 1981).

[2]  Spangrude, *et al.*, *Science* 241, 58 (1988).

[3]  Bongso, *et al.*, *Human Reproduction* 9, 2110 (1994).

[4]  Thomson, *et al.*, *Science* 282, 1145 (1998).

[5]  Baum, *et al.*, *Proc. Natl. Acad. Sci. USA* 89, 2804 (1992).

8. The Collins Declaration asserts that "NIH ultimately determined that 21 hESC [lines] satisfied President Bush's criteria and therefore were eligible for use in NIH funded research." (*Id.* ¶ 5.) In fact, NIH actually determined that 78 hESC lines satisfied President Bush's criteria and were eligible for funding,[6] although only 21 hESC lines were eventually grown in quantity for distribution to researchers.[7]

### Embryonic Stem Cells

9. The Collins Declaration asserts that "remarkable progress has already been made in realizing the possible benefits of hESC research." (Collins Decl. ¶ 6.) Yet this assertion is not supported by any factual evidence (*e.g.*, published citations or textual examples), and ignores the significant failures and problems associated with hESC research that are identified in the administrative record, including that hESC research will not lead to safe therapeutics because hESC are not normal cells; they do not differentiate into desired adult phenotype cells, but to fetal, immature phenotype cells; they are not required for research using other pluripotent cells; they may form tumors when injected into a patient's body; they may be rejected by a patient's immune system; and they are biologically inadequate replacements for lost adult stem cells. (*See* Comments of Do No Harm, et al., at I-1–13, G-8.) As a result, embryonic stem cells have shown no success in therapeutic applications. (*Id.*, at G-1). The Collins Declaration further asserts that "differentiated cells derived from hESC are already successfully being used to develop new

---

[6] *See, e.g.*, "NIH Human Embryonic Stem Cell Registry Under Former President Bush," *available at* http://stemcells.nih.gov/research/registry/eligibilitycriteria.asp (last accessed Sept. 2, 2010).

[7] *See* Previous NIH hESC Registry Listing, *available at* http://stemcells.nih.gov/research/registry/available.asp (last accessed Sept. 2, 2010).

therapeutic drugs" (Collins Decl. ¶ 6), but this assertion is likewise unsupported by any factual evidence.

10. The Collins Declaration further asserts (Collins Decl. ¶ 5) that Dr. George Daley "has produced a detailed procedure for the generation of blood cells from hESCs" and asserts that "it is possible in the future that they could be used to address virtually all genetic and malignant blood diseases that are currently treated by gene therapy or bone marrow transplant." However, this example simply highlights the failure of hESC research in developing effective therapies as well as the failure of NIH funding of hESC actually to make significant progress. Despite millions in funding since 2002, the use of blood cells from hESC still faces "major" challenges, as admitted by Dr. Daley himself in 2007 and 2010 publications,[8] with continuing pragmatic difficulties including tumor-forming cells and lack of production of useful adult blood-forming cells, as well as reliance on use of a potential cancer-causing virus for cell differentiation. And as the Collins Declaration admits, the diseases at issue are already being treated effectively by bone marrow transplants, *i.e.*, *adult* stem cell therapies. (*Id.* ¶ 7.)

11. The Collins Declaration further asserts that "the first clinical trial of a hESC-derived therapy has received FDA approval to begin enrolling spinal cord injury patients" and characterizes this as a "remarkable achievement." (*Id.* ¶ 6.) This mischaracterizes the actual facts, conflating any actual results from hESC research with an agency determination to proceed with a safety trial. In fact, no patients have been injected with human embryonic stem cells, and

---

[8] McKinney-Freeman, S.L., and Daley, G.Q., *Curr. Opin. Hematol.* 14, 343 (July 2007); Lengerke, C. and Daley G.Q., *Blood Rev.* 24, 27-37 (January 2010).

5

even many human embryonic stem cell proponents are concerned that the trial is not safe to proceed.9

**Adult Stem Cells**

12.     The Collins Declaration asserts that *adult* stem cell research "has produced FDA-approved treatments that reconstitute the immune system after leukemia, lymphoma, and various blood or autoimmune disorders have been treated with chemotherapy." (Collins Decl. ¶ 7.)  This statement comports with the administrative record (*see* Do No Harm Comments at G-4–G-8), but dramatically understates the success of adult stem cell treatments in benefiting patients suffering from numerous diseases.  The use of the term "FDA-approved treatments" implies that the treatment has passed all four required phases of clinical trial testing and received approval as a commercial product; it is not a medical standard to evaluate patient benefit, but an agency determination that benefits outweigh risks in a broad class of patients.  The approved trial by Geron mentioned by the Collins Declaration (*id.* ¶ 6) has not yet passed even phase I results.  By direct contrast, the administrative record and recent published literature make clear that adult stem cells have already produced published positive therapeutic benefits *for spinal cord injury patients* (see Do No Harm Comments at G-8), including patients who had chronic injury (up to 15 years).10  When comparing approved clinical trials, the standard for comparison would be

---

9   *See, e.g.*, R. Stein, "Human tests set for stem cells," *available at* http://www.washingtonpost.com/wp-dyn/content/article/2010/08/29/AR2010082903888.html (last accessed Sept. 2, 2010).

10  Press Release, Wayne State University, "Study shows adult stem cell grafts increased mobility in paralyzed patients," (Oct. 16, 2009), *available at* http://www.media.wayne.edu/2009/10/16/study-shows-adult-stem-cell-grafts-increased (last accessed Sept 3, 2010); Lima, C., *et al.*, "Olfactory Mucosal Autografts and Rehabilitation

[Footnote continued on next page]

whether a given trial is listed at ClinicalTrials.gov, a website developed and maintained by the NIH.[11]  The listing of "interventional" trials[12] (eliminating simple "observational" trials) is particularly illuminating—1,973 adult stem cell interventional trials are currently listed at the site.[13]  (*See* Do No Harm Comments at G-4–G-8.)  The equivalent search for embryonic stem cells shows just *two* trials, both of which are actually *adult* stem cell trials that use the term "embryonic" within the background text.[14]  The Geron trial is not yet listed at this website, so *zero* clinical trials with embryonic stem cells are currently listed on this NIH website.

13.   The Collins Declaration asserts that adult stem cells are "available in quantity only from blood-forming tissues and cord blood" (Collins Decl. ¶ 7), but the administrative record contains examples of techniques to increase quantities of adult stem cells from various isolates (*see* Do No Harm Comments at G-2).

14.   The Collins Declaration asserts that "it has not been possible to differentiate adult stem cells into cell types that are very different from their tissue of origin."  (Collins Decl. ¶ 7.)

---

[Footnote continued from previous page]
for Chronic Traumatic Spinal Cord Injury," *Neurorehabil Neural Repair* 24, 10 (January 2010).

[11] http://www.clinicaltrials.gov states that: "ClinicalTrials.gov is a registry of federally and privately supported clinical trials conducted in the United States and around the world  The U.S. National Institutes of Health (NIH), through its National Library of Medicine (NLM), has developed this site in collaboration with the Food and Drug Administration (FDA), as a result of the FDA Modernization Act, which was passed into law in November 1997."

[12] Interventional trials determine whether experimental treatments or new ways of using known therapies are safe and effective under controlled environments.

[13] Using the search terms "adult stem cell transplant" within "Interventional Trials": http://www.clinicaltrials.gov/ct2/results?term=adult+stem+cell+transplant&type=Intr (last accessed Sept. 3, 2010).

[14] Using the search terms "embryonic stem cell transplant" within "Interventional Trials": http://www.clinicaltrials.gov/ct2/results?term=embryonic+stem+cell+transplant&type=Intr (last accessed Sept. 3, 2010).

The administrative record refutes this assertion, making clear that some adult stem cells actually do show broad multipotent flexibility in generation of tissues, meaning that they can generate most or all of the different tissues of the body. (*See* Do No Harm Comments at G-1–G-2). Furthermore, the published literature contains additional examples of adult stem cells that can differentiate into cell types different from their tissue of origin, including recently-discovered very small embryonic-like ("VSEL") cells from adult bone marrow, and demonstrates that these bone marrow-derived cells can repair cardiac damage.[15]

15. In particular, the Collins Declaration asserts that a "bone marrow stem cell, for instance, cannot be differentiated into a neuron." (Collins Decl. ¶ 7.) The administrative record makes clear that this assertion is incorrect, and that there are documented, published examples for this precise differentiation of bone marrow to neuron. (*See* Do No Harm Comments at G-1–G-2). Indeed, the NIH itself has noted that bone marrow stem cells can form neurons:

> Some adult stem cells appear to have the capability to differentiate into tissues other than the ones from which they originated; this is referred to as plasticity. Reports of human or mouse adult stem cells that demonstrate plasticity and the cells they differentiate or specialize into include: 1) *blood and bone marrow (unpurified hematopoietic) stem cells differentiate into the 3 major types of brain cells (neurons, oligodendrocytes, and astrocytes)*, skeletal muscle cells, cardiac muscle cells, and liver cells; 2) bone marrow (stromal) cells differentiate into

---

[15] *See, e.g.*, Kucia, M., *et al.*, Physiological and Pathological Consequences of Identification of Very Small Embryonic Like (VSEL) Stem Cells In Adult Bone Marrow, *J. Physiol. Pharmacol*. 57, Supp. 5, 5–18 (2006); Kucia, M., *et al.*, Bone Marrow-Derived Very Small Embryonic-Like Stem Cells: Their Developmental Origin and Biological Significance, *Developmental Dynamics* 236, 3309-3320 (2007); Ratajczak, M.Z., *et al.*, Very Small Embryonic-Like (VSEL) Stem Cells: Purification from Adult Organs, Characterization, and Biological Significance, *Stem Cell Rev*. 4, 89-99 (2008); Zuba-Surma, E.K. *et al.*, Transplantation of expanded bone marrow-derived very small embryonic-like stem cells (VSEL-SCs) improves left ventricular function and remodeling after myocardial infarction, *J. Cell. Mol. Med*. (Jul. 12, 2010).

8

cardiac muscle cells, skeletal muscle cells, fat, bone, and cartilage; and 3) brain stem cells differentiate into blood cells and skeletal muscle cells.[16]

The statement is reiterated later in the same NIH report:

Alternatively, adult stem cells may differentiate into a tissue that—during normal embryonic development—would arise from a different germ layer.  For example, bone marrow-derived cells may differentiate into neural tissue, which is derived from embryonic ectoderm [15, 65].[17]

16. The Collins Declaration asserts that "brain autopsies do not yield viable nerve cells." (Collins Decl. ¶ 7.)  To the contrary, the published literature shows that adult neural stem cells can indeed be obtained from the post-mortem human brain and yield nerve cells.[18]

### Induced Pluripotent Stem Cells (iPSC)

17. The Collins Declaration asserts that induced pluripotent stem cells (iPSC) "were discovered as a direct result of the knowledge gained from studying hESC." (*Id.* ¶ 7.)  The administrative record amply demonstrates that this assertion is false. (*See* Do No Harm Comments at H-1–H-7.)  The technique used to generate iPSC was originally discovered by Yamanaka using knowledge from *mouse* ESC, and that same technique was used to create the

---

[16] *Stem Cells: Scientific Progress and Future Research Directions*, National Institutes of Health, at ES-7 (June 2001), *available at* http://stemcells.nih.gov/info/2001report/2001report.htm (emphasis added).

[17] *Id.* at 26.

[18] Palmer, T., *et al.*, Progenitor cells from human brain after death, *Nature* 411, 42 (May 3, 2001); Feldmann, R.E., Jr., and Mattern, R., The human brain and its neural stem cells postmortem: from dead brains to live therapy, *Int. J. Legal Med*. 120, 201 (July 2006).

9

first human iPSC. Yamanaka himself has explained that "[n]either eggs nor embryos are necessary. I've never worked with either."[19]

18.   The Collins Declaration asserts that there are "significant biological differences between iPSC and hESC." (Collins Decl. ¶ 7.) The administrative record makes clear, however, that these cells "meet the defining criteria [that were] originally proposed for human [embryonic stem] cells, with the significant exception that the [induced pluripotent stem] cells are not derived from embryos."[20] (*See* Do No Harm Comments at H-2–H-4.) Recently published literature confirms the same.[21]

### Standard Preservation of Cell Cultures

19.   The Collins Declaration asserts that the injunction will result in "immeasurable loss of valuable and one-of-a-kind research resources," and that "[u]nique modifications and applications of hESC . . . could be lost irretrievably or could take years to recreate." (Collins Decl. ¶ 8.) These statements imply that currently-growing cell cultures will be discarded and lost forever. However, standard cell culture technique taught to even the most basic students for decades involves freezing (cryopreservation) of cell stocks from the very inception of a cell

---

[19]   *See* "Scientists Make Stem Cells From Skin Of Mice Instead Of Embryos," Medical News Today, *available at* http://www.medicalnewstoday.com/articles/73381.php (last accessed Sept. 2, 2010).

[20]   Yu, J., *et al.*, Induced Pluripotent Stem Cell Lines Derived from Human Somatic Cells, 318 *Science* 1917 (2007).

[21]   "Human embryonic stem cells and reprogrammed cells virtually identical," *available at* http://www.physorg.com/news200224498.html (last accessed Sept. 2, 2010); Guenther, M.G., *et al.*, Chromatin Structure and Gene Expression Programs of Human Embryonic and Induced Pluripotent Stem Cells, *Cell Stem Cell* 7, 249 (Aug. 6, 2010); Newman, A.M., and Cooper, J.B., Lab-Specific Gene Expression Signatures in Pluripotent Stem Cells, *Cell Stem Cell* 7, 258 (Aug. 6, 2010).

culture and cell line. Cells are stored in liquid nitrogen at –196°C, at which temperature they can be maintained indefinitely;[22] methods have even been refined specifically for hESC.[23]

### Global Perspective on Stem Cell Treatments

20.     The Collins Declaration asserts that some hESC investigators "may have to close their laboratories or move to another country" (Collins Decl. ¶ 8), and "scientists may be forced to move to other countries" (*Id.* ¶ 14), and asserts that the "greatest loss, however, will be for the millions of Americans suffering from illnesses" (*Id.*). However, it is actually the myopic focus of NIH on hESC that endangers the future of treatments for Americans suffering from illness. A global perspective on current utilization of adult stem cell transplants clearly demonstrates that many other countries have focused on the reality of such treatments. The *Journal of the American Medical Association* has recently published data[24] showing that worldwide in 2006 a total of 50,417 transplants were performed using hematopoietic (blood-forming) adult stem cells alone. Almost half (48%) took place in Europe. Only 36% took place in all of the Americas in total. The study notes that adult stem cell transplants have become "the standard of care for many patients" with blood disorders and malignancies, though they are starting to be used for other conditions including autoimmune disorders and heart disease. The study also notes that

---

[22] Shannon, J.E., and Macy, M.L., Freezing, storage and recovery of cell stocks, in Tissue Culture. Methods and Applications 712-718 (Academic Press 1973); Perry, V.P., *et al.*,. Protected freezing of cell suspensions, *TCA Manual* 1, 119-120 (1976); Freshney, R., *Culture of Animal Cells: A Manual of Basic Technique* 220 (Alan R. Liss, Inc. 1987).

[23] *See, e.g.*, Reubinoff, B.E., *et al.*, Effective cryopreservation of human embryonic stem cells by the open pulled straw vitrification method, *Human Reproduction* 16, 2187 (Oct. 2001).

[24] Gratwohl, A., *et al.*, Hematopoietic Stem Cell Transplantation: A Global Perspective, 303 *JAMA* 1617, 1620 (April 2010).

this "demonstrates that it is an accepted therapy worldwide." Other countries have clearly noted the superiority of adult stem cells and emphasized their use.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on September 3, 2010.

                                                   Dr. Theresa Deisher