# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DR. JAMES L. SHERLEY, et al., <br>                 Plaintiffs, <br><br> v. <br><br> KATHLEEN SEBELIUS, et al., <br>                 Defendants. | ) <br> ) <br> ) <br> ) Civil Action No. 09-CV-01575-RCL <br> ) <br> ) |

**DECLARATION OF DR. JAMES SHERLEY**
**IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS'**
**MOTION TO STAY PRELIMINARY INJUNCTION PENDING APPEAL**

I, Dr. James L. Sherley, declare as follows:

1. I am a plaintiff in this action, and I am over the age of eighteen and competent to testify. I am knowledgeable about the facts set forth herein and make this declaration in support of Plaintiffs' Opposition to Defendants' Motion to Stay Preliminary Injunction Pending Appeal.

2. I am an adult stem cell researcher currently working at the Boston Biomedical Research Institute. My research focuses on improving methods for identifying adult stem cells and producing them in large numbers for therapeutic development. I work exclusively with adult stem cells, and I do not conduct research on embryos or use human embryonic stem cells.

3.  Research grants are my sole source of research funding. The vast majority of grants I receive are from the National Institutes of Health ("NIH"). Since 1999, I have applied for NIH funding approximately 42 times. Fourteen of these proposals have received NIH funding, and two proposals are currently pending. Attached as Exhibit A is a list of my NIH grant submission activity from 1999-2010. During this time, I received only one significant private research award; and I have been a co-investigator on two other NIH grants providing minor funding for my adult stem cell studies.

4.  Two recently submitted NIH grants are now undergoing review.

5.  I will continue to seek NIH funding for adult stem cell research in the future. The National Institutes of Health Guidelines for Human Stem Cell Research will result in increased competition for the limited resources that are available to fund human stem cell research, threatening my ability to obtain federal funding for my adult stem cell research. Without NIH funding, I would likely be unable to continue my research.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on September _2_, 2010.

_____
Dr. James L. Sherley