**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DR. JAMES L. SHERLEY, et al., | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 09-CV-01575-RCL |
| | ) |
| KATHLEEN SEBELIUS, et al., | ) |
| Defendants. | ) |

## [PROPOSED] ORDER

Upon consideration of Defendants' Motion To Stay Preliminary Injunction Pending Appeal, it is hereby

ORDERED that Defendants' Motion is DENIED.

SO ORDERED this _____ day of _____, 2010.

_____
THE HONORABLE ROYCE C. LAMBERTH