UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                       )
                                       )
**JAMES L. SHERLEY**, *et al.*,        )
                                       )
    **Plaintiffs,**               )
                                       )
    v.                           )   Civil Action No. 09-1575 (RCL)
                                       )
**KATHLEEN SEBELIUS**, **in her official** )
    **capacity as Secretary of the**  )
    **Department of Health and**     )
    **Human Services**, *et al.*,    )
                                       )
    **Defendants.**               )
                                       )
_____)

## ORDER

Upon consideration of the Coalition for the Advancement of Medical Research's (CAMR) Motion for Leave to File Brief Amicus Curiae (ECF No. 52) and the record herein, it is hereby

ORDERED that the motion for leave to file is DENIED.

Defendants requested expedited consideration of their motion to stay, asking the Court to rule by today. Because the Court accommodated defendants' request, plaintiffs did not have time to file a response to CAMR's submitted brief. Accordingly, although the Court typically welcomes amicus briefs, the Court did not have the opportunity for full briefing on the issues raised by CAMR. The Court thus reluctantly denies CAMR's motion.

SO ORDERED.

Signed by Royce C. Lamberth, Chief Judge, on September 7, 2010.