**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DR. JAMES L. SHERLEY, et al., | ) |
|                          Plaintiffs, | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| v. | ) |
| | )   Civil Action |
| | )   No. 09-CV-01575-RCL |
| KATHLEEN SEBELIUS, et al., | ) |
| | ) |
|                          Defendants. | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

**[PROPOSED] ORDER ON PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Plaintiffs have demonstrated that they are entitled to entry of summary judgment in their

favor on their request for declaratory and injunctive relief against the National Institutes of

Health Guidelines for Human Stem Cell Research ("NIH Guidelines"), 74 Fed. Reg. 32,170

(July 7, 2009), because the NIH Guidelines violate the Dickey-Wicker Amendment,

Consolidated Appropriations Act, 2010, Pub. L. No. 111-117, 123 Stat. 3034, 3280-81, § 509(a),

and are arbitrary, capricious, and contrary to law, and were promulgated without observance of

procedures required by law, in violation of the Administrative Procedure Act.  Accordingly,

Plaintiffs' Motion for Summary Judgment should be **GRANTED**.  It is therefore

**ORDERED** that to the extent the NIH Guidelines authorize the federal funding of embryonic stem cell research, those Guidelines violate the Dickey-Wicker Amendment to the Consolidated Appropriations Act and are hereby vacated and declared invalid; it is further

**ORDERED** that the NIH Guidelines are arbitrary, capricious, and contrary to law, and were promulgated without observance of procedures required by law, in violation of the Administrative Procedure Act, and are therefore vacated and declared invalid; it is further

**ORDERED** that Defendants and their officers, employees, and agents are permanently enjoined from implementing, applying, or taking any action whatsoever pursuant to the NIH Guidelines, or otherwise funding research involving human embryonic stem cells as contemplated in the NIH Guidelines; and it is further

**ORDERED** that Defendants are directed to immediately inform any NIH grant recipients in possession or control of federal funds granted under the Guidelines for human embryonic stem cell research that any remaining and unspent NIH-granted funds may not be spent on human embryonic stem cell research but must be returned to NIH to fund lawful research.

Nothing in this Order shall be interpreted to enjoin the Defendants from funding adult stem cell research or induced pluripotent stem cell research that is otherwise authorized by and in conformance with applicable law.

SO ORDERED.

Date: _____          _____
                                           ROYCE C. LAMBERTH
                                           United States District Judge