IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAMES L. SHERLEY**, *et al.*, | ) |
| | ) |
| **Plaintiffs**, | ) |
| | ) |
| v. | )   Case No. 1:09-cv-01575-RCL |
| | ) |
| **KATHLEEN SEBELIUS**, in her official capacity as Secretary of the Department of Health and Human Services, *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## (PROPOSED) ORDER

Upon consideration of the defendants' Motion for Summary Judgment, the memorandum of law in support thereof, and responses thereto, it is this _____ day of _____, 2010, ordered that defendants' Motion is GRANTED and that the plaintiffs' Motion for Summary Judgment is DENIED.

_____
CHIEF UNITED STATES DISTRICT JUDGE