## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DR. JAMES L. SHERLEY, et al., | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | Civil Action No. 1:09-CV-01575-RCL |
| KATHLEEN SEBELIUS, et al., | ) ) | |
| Defendants. | ) ) ) | |

### ENTRY OF APPEARANCE OF MATTHEW S. BOWMAN

To the Clerk of this court and all parties of record:

I, Matthew Scott Bowman, am admitted and authorized to practice in this Court, and I ask that you please enter my appearance as counsel in this case for Dr. James Sherley, et al., Plaintiffs.

Dated:  September 29, 2010

Respectfully Submitted,

Matthew S. Bowman
Bar No. 993261
ALLIANCE DEFENSE FUND
801 G. Street N.W., Suite 509
Washington, D.C. 20001
Phone:  (202) 393-8690
Fax:  (202) 347-3622
mbowman@telladf.org

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 29, 2010, a true and accurate copy of the foregoing Entry of Appearance of Matthew S. Bowman was served with the Clerk of the Court for the United States District Court for the District of Columbia and upon the following by using the CM/ECF system:

Andrew Tanner Karron

Joel L. McElvain

Eric R. Womack

Tamra Tyree Moore

Kyle Renee Freeny

Tamra Tyree Moore

*s/ Matthew S. Bowman*
Matthew S. Bowman