UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES L. SHERLEY et al.,<br><br>                Plaintiffs,<br><br>      v.<br><br>KATHLEEN SEBELIUS, in her official capacity as Secretary of the Department of Health and Human Services, et al.,<br><br>                Defendants. | No. 09-cv-1575 (RCL) |

**Unopposed Motion of the Genetics Policy Institute, Inc.
for Leave to File Memorandum as Amicus Curiae
in Opposition to the Plaintiffs' Motion for Summary Judgment**

The Genetics Policy Institute, Inc. ("GPI") moves for leave to file the accompanying memorandum as amicus curiae in opposition to the plaintiffs' motion for summary judgment. In support of this motion, GPI states as follows:

    1. The Genetics Policy Institute is a nonprofit public-interest organization devoted to promoting and defending stem-cell research (including hESC research) and other cutting-edge medical research. The Institute's activities include co-sponsoring the World Stem Cell Summit, an annual conference that brings together researchers, industry leaders, policymakers, advocates, patients, and others; publishing the World Stem Cell Report, an annual collection of articles dealing with a wide range of issues relating to stem-cell research; promoting education about stem-cell research; and engaging in other public-outreach activities.

    2. This case raises issues of great public importance. The plaintiffs seek to frustrate an important government policy and to hinder a field of biomedical research that is widely recognized as offering the possibility of revolutionizing medicine. Given the high stakes, it is in

the public interest for the legal issues to be explored as thoroughly as possible, so that the Court can make a fully educated decision.

3. GPI believes that its proposed memorandum, which deals almost entirely with the textual issues raised by plaintiffs' claim, will be helpful to the Court. GPI's arguments do not duplicate those of the government or of the other amicus who plans to file a brief (The Coalition for the Advancement of Medical Research ["CAMR"]).

4. This Court has frequently allowed the participation of amici curiae in cases before it.[1] Furthermore, the Court stated in its order denying CAMR's motion for leave to file an amicus memorandum in support of a stay pending appeal, that the Court ordinarily welcomes amicus submissions; the only reason the CAMR motion was denied was that there would not be enough time for the plaintiff to respond to it. That difficulty is not present here.

5. Counsel for both sides have stated that they do not object to GPI's filing of an amicus memorandum.[2] In addition, counsel for the plaintiffs has stated that the plaintiffs do not object to the memorandum's being filed within 24 hours after the government files its opposition to the plaintiff's motion for summary judgment.

6. A copy of GPI's proposed memorandum is submitted with this motion as Exhibit 1.

WHEREFORE, the Court should grant GPI leave to file the accompanying proposed memorandum as amicus curiae in opposition to the plaintiffs' motion for summary judgment.

---

1. *E.g., Horn v. Huddle*, 699 F. Supp. 2d 236, 238 (D.D.C. 2010); *Lance v. United Mine Workers of Am. 1974 Pension Trust*, 400 F. Supp. 2d 29, 30 (D.D.C. 2005).

2. Counsel for GPI has informed counsel for the parties that GPI is a member of CAMR, and no party has objected to GPI's filing of its own memorandum. As noted above, GPI's proposed memorandum deals with different issues than the CAMR memorandum. Moreover, GPI's memorandum will, we believe, provide a substantial contribution to the Court's analysis.

Respectfully submitted,


*/s/ Neal Goldfarb*
Neal Goldfarb, D.C. Bar No. 337881
BUTZEL LONG TIGHE PATTON, PLLC
1747 Pennsylvania Ave., NW, Suite 300
Washington, D.C. 20006
(202) 454-2826
ngoldfarb@butzeltp.com

Bernard Siegel, FL Bar No. 194750
GENETICS POLICY INSTITUTE, INC.
11924 Forest Hill Boulevard, Suite 22
Wellington, Florida 33414
(888) 238-1423

*Counsel for Movant
Genetics Policy Institute, Inc.*

**Certificate of Service**

I HEREBY CERTIFY that on this 28th day of September, 2010, the foregoing motion and the accompanying proposed memorandum and proposed order were served on all counsel of record via email as follows:

Thomas G. Hungar, Esq.
Gibson, Dunn & Crutcher, LLP
1050 Connecticut Avenue, NW, Suite 300
Washington, DC 20036-5306
thungar@gibsondunn.com

Bradley Jason Lingo, Esq.
Gibson, Dunn & Crutcher, LLP
1050 Connecticut Avenue, NW, Suite 200
Washington, DC 20036
blingo@gibsondunn.com

Samuel B. Casey, Esq.
Advocates International
8001 Braddock Road, Suite 300
Springfield, VA 22151
sbcasey@advocatesinternational.org

Steven Henry Aden, Esq.
Alliance Defense Fund
801 G Street, NW, Suite 509
Washington, DC 20001
saden@telladf.org

Thomas M Johnson, Esq.
Gibson, Dunn & Crutcher, LLP
1050 Connecticut Avenue, NW
Washington, DC 20036
tjohnson@gibsondunn.com

Eric R. Womack, Esq.
U.S. Department of Justice
20 Massachusetts Avenue, NW, Room 7218
Washington, DC 20530
Email: eric.womack@usdoj.gov

Joel L. McElvain, Esq.
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 7332
Washington, DC 20001
joel.l.mcelvain@usdoj.gov

Kyle Renee Freeny, Esq.
U.S. Department of Justice
20 Massachusetts Avenue, NW
Washington, DC 20001
kyle.freeny@usdoj.gov

Tamra Tyree Moore, Esq.
U.S. Department of Justice
Civil Division/Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
tamra.moore@usdoj.gov

                                         */s/ Neal Goldfarb*
                                         Neal Goldfarb