UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES L. SHERLEY et al.,<br><br>           Plaintiffs,<br><br>    v.<br><br>KATHLEEN SEBELIUS, in her official capacity as Secretary of the Department of Health and Human Services, et al.,<br><br>           Defendants. | No. 09-cv-1575 (RCL) |

**Certificate Required by LCvR 7.1 of the Local Rules
of the United States District Court for the District of Columbia**

I, the undersigned, counsel of record for The Genetics Policy Institute, Inc. certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of The Genetics Policy Institute which have any outstanding securities in the hands of the public.

None.

These representations are made in order that judges of this court may determine the need for recusal.

                                    Respectfully submitted,

                                    */s/ Neal Goldfarb*
                                    Neal Goldfarb, D.C. Bar No. 337881
                                    BUTZEL LONG TIGHE PATTON, PLLC
                                    1747 Pennsylvania Ave., NW, Suite 300
                                    Washington, D.C. 20006
                                    (202) 454-2826
                                    ngoldfarb@butzeltp.com

                                    *Counsel for Movant
                                    Genetics Policy Institute, Inc.*

**Certificate of Service**

I HEREBY CERTIFY that on this 28th day of September, 2010, the foregoing certificate was served on all counsel of record via email, as follows:

Thomas G. Hungar, Esq.
Gibson, Dunn & Crutcher, LLP
1050 Connecticut Avenue, NW, Suite 300
Washington, DC 20036-5306
thungar@gibsondunn.com

Bradley Jason Lingo, Esq.
Gibson, Dunn & Crutcher, LLP
1050 Connecticut Avenue, NW, Suite 200
Washington, DC 20036
blingo@gibsondunn.com

Samuel B. Casey, Esq.
Advocates International
8001 Braddock Road, Suite 300
Springfield, VA 22151
sbcasey@advocatesinternational.org

Steven Henry Aden, Esq.
Alliance Defense Fund
801 G Street, NW, Suite 509
Washington, DC 20001
saden@telladf.org

Thomas M Johnson, Esq.
Gibson, Dunn & Crutcher, LLP
1050 Connecticut Avenue, NW
Washington, DC 20036
tjohnson@gibsondunn.com

Eric R. Womack, Esq.
U.S. Department of Justice
20 Massachusetts Avenue, NW, Room 7218
Washington, DC 20530
Email: eric.womack@usdoj.gov

Joel L. McElvain, Esq.
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 7332
Washington, DC 20001
joel.l.mcelvain@usdoj.gov

Kyle Renee Freeny, Esq.
U.S. Department of Justice
20 Massachusetts Avenue, NW
Washington, DC 20001
kyle.freeny@usdoj.gov

Tamra Tyree Moore, Esq.
U.S. Department of Justice
Civil Division/Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
tamra.moore@usdoj.gov

                                               */s/ Neal Goldfarb*
                                               Neal Goldfarb