UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES L. SHERLEY et al.,<br><br>                Plaintiffs,<br><br>     v.<br><br>KATHLEEN SEBELIUS, in her official capacity as Secretary of the Department of Health and Human Services, et al.,<br><br>                Defendants. | No. 09-cv-1575 (RCL) |

**Order**

Upon consideration of the unopposed motion of The Genetics Policy Institute, Inc. for leave to file a memorandum as amicus curiae in opposition to the plaintiffs' motion for summary judgment, it is

ORDERED that the motion be and hereby is granted; and it is further

ORDERED that The Genetics Policy Institute, Inc. be and hereby is granted leave to file its proposed amicus memorandum.

Dated: _____, 2010.

                                                                     _____
                                                                     Royce C. Lamberth, Chief Judge