UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES L. SHERLEY et al.,<br><br>               Plaintiffs,<br><br>     v.<br><br>KATHLEEN SEBELIUS, in her official capacity as Secretary of the Department of Health and Human Services, et al.,<br><br>               Defendants. | No. 09-cv-1575 (RCL) |

**Notice of Entry of Appearance**

TO THE CLERK:

    Please enter the appearance of the undersigned as counsel for movant and putative amicus curiae The Genetics Policy Institute, Inc.

                                               Respectfully submitted,

                                               */s/ Neal Goldfarb*
                                               Neal Goldfarb, D.C. No. 337881
                                               BUTZEL LONG TIGHE PATTON, PLLC
                                               1747 Pennsylvania Ave., NW, Suite 300
                                             Washington, D.C. 20006
                                             (202) 454-2826
                                             ngoldfarb@butzeltp.com

                                             *Counsel for Movant and Putative Amicus*
                                             *Genetics Policy Institute, Inc.*

Draft 9/28/2010 10:00 PM

**Certificate of Service**

I HEREBY CERTIFY that on this 28th day of September, 2010, the foregoing notice of entry of appearance was served on all counsel of record via email as follows:

Thomas G. Hungar, Esq.
Gibson, Dunn & Crutcher, LLP
1050 Connecticut Avenue, NW, Suite 300
Washington, DC 20036-5306
thungar@gibsondunn.com

Bradley Jason Lingo, Esq.
Gibson, Dunn & Crutcher, LLP
1050 Connecticut Avenue, NW, Suite 200
Washington, DC 20036
blingo@gibsondunn.com

Samuel B. Casey, Esq.
Advocates International
8001 Braddock Road, Suite 300
Springfield, VA 22151
sbcasey@advocatesinternational.org

Steven Henry Aden, Esq.
Alliance Defense Fund
801 G Street, NW, Suite 509
Washington, DC 20001
saden@telladf.org

Thomas M Johnson, Esq.
Gibson, Dunn & Crutcher, LLP
1050 Connecticut Avenue, NW
Washington, DC 20036
tjohnson@gibsondunn.com

Eric R. Womack, Esq.
U.S. Department of Justice
20 Massachusetts Avenue, NW, Room 7218
Washington, DC 20530
Email: eric.womack@usdoj.gov

Joel L. McElvain, Esq.
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 7332
Washington, DC 20001
joel.l.mcelvain@usdoj.gov

Kyle Renee Freeny, Esq.
U.S. Department of Justice
20 Massachusetts Avenue, NW
Washington, DC 20001
kyle.freeny@usdoj.gov

Tamra Tyree Moore, Esq.
U.S. Department of Justice
Civil Division/Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
tamra.moore@usdoj.gov

*/s/ Neal Goldfarb*
Neal Goldfarb