# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. JAMES L. SHERLEY, et al. | ) |
|     Plaintiffs, | ) Civil Action No. 1:09-cv-01575 (RCL) |
| v. | ) |
| KATHLEEN SEBELIUS, et al. | ) |
|     Defendants. | ) |

## ADMINISTRATIVE RECORD

## Index

| | Item | Page |
|---|---|---|
| 1. | NIH Guidelines for Human Stem Cell Research, 74 Fed. Reg. 32,170 (July 7, 2009) | 1 |
| 2. | Draft NIH Guidelines for Human Stem Cell Research, 74 Fed. Reg. 18,578 (Apr. 23, 2009) | 7 |
| 3. | Executive Order No. 13,505, 74 Fed. Reg. 10,667 (Mar. 9, 2009) | 10 |
| 4. | Executive Order No. 13,435, 72 Fed. Reg. 34,591 (June 22, 2007) | 14 |
| 5. | Address to the Nation on Stem Cell Research, 37 Weekly Comp Pres. Doc. 1149 (Aug. 9, 2001) | 19 |
| 6. | Guidelines for Research Using Human Pluripotent Stem Cells, 66 Fed. Reg. 57,107 (Nov. 14, 2001) | 22 |
| 7. | Guidelines for Research Using Human Pluripotent Stem Cells, Correction, 65 Fed. Reg. 69,951 (Nov. 21, 2000) | 23 |
| 8. | Guidelines for Research Using Human Pluripotent Stem Cells, 65 Fed. Reg. 51,976 (Aug. 25, 2000) | 24 |
| 9. | National Academies' 2008 Guidelines for Human Embryonic Stem Cell Research (2008) | 31 |
| 10. | Australian Government, National Health and Medical Research Council, Ethical Guidelines on the Use of Assisted Reproductive Technology in Clinical Practice and Research (June 2007) | 95 |
| 11. | United Kingdom Stem Cell Bank, Code of Practice for the use of Human Stem Cell Lines (Aug. 2006) | 185 |
| 12. | Int'l Soc. for Stem Cell Research ("ISSCR"), Guidelines for the Conduct of Human Embryonic Stem Cell Research (Dec. 21, 2006) | 256 |
| 13. | California Institute of Regenerative Medicine, Regulations, 17 Cal. Code of Regs § 100010 et seq. | 271 |
| 14. | Memorandum to Ruth Kingston, Acting Director, NIH, from Alex Azar, General Counsel, HHS (Jan. 11, 2002) | 303 |
| 15. | Memorandum to Harold Varmus, Director, NIH from Harriet S. Rabb, | 311 |

General Counsel, HHS (Jan. 15, 1999)
| | | |
|---|---|---|
| 16. | ISSCR Sample research consent forms | 316 |
| 17. | Consent forms for hESC lines eligible for funding under Bush Administration policy | 346 |
| 18. | Robert Streiffer, Informed Consent and Federal Funding for Stem Cell Research, Hastings Center Report (May/June 2008) | 392 |
| 19. | Guidance on Engagement of Institutions in Human Subjects Research, Office of Human Research Protections ("OHRP"), HHS (Oct. 16, 2008) | 400 |
| 20. | Guidance for Investigators and Institutional Review Boards Regarding Research Involving Human Embryonic Stem Cells, Germ Cells and Stem Cell-Derived Test Articles, OHRP (Mar. 19, 2002) | 411 |
| 21. | Guidance on Research Involving Coded Private Information or Biological Specimens, OHRP (Oct. 16, 2008) | 416 |
| 22. | Protection of Human Subjects, 45 C.F.R. part 46 | 422 |
| 23. | Best Practices for the Licensing of Genomic Inventions, 70 Fed. Reg. 18,413 (Apr. 11, 2005) | 436 |
| 24. | Principles and Guidelines for Recipients of NIH Research Grants and Contracts on Obtaining and Disseminating Biomedical Research Resources, 64 Fed. Reg. 72,090 (Dec. 23, 1999) | 439 |
| 25. | Ethical Issues in Human Stem Cell Research: Report and Recommendations of the National Bioethics Advisory Commission (Sept. 1999) | 446 |
| 26. | Understanding Stem Cells: An Overview of the Science and the Issues from the National Academies (2008) | 585 |
| 27. | National Institutes of Health, Regenerative Medicine 2006 | 611 |
| 28. | National Institutes of Health, Stem Cell Information: FAQs | 703 |
| 29. | National Institutes of Health, Stem Cell Basics | 707 |
| 30. | National Institutes of Health, Highlights of Stem Cell Research | 723 |
| 31. | Public comments on NIH proposed stem cell guidelines | 739 |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. JAMES L. SHERLEY, et al. ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 1:09-cv-01575 (RCL) |
| ) | |
| v. ) | |
| ) | |
| KATHLEEN SEBELIUS, et al. ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATION

I, Story Landis, Ph.D., pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1. I am the Director of the National Institute of Neurological Disorders and Stroke of the National Institutes of Health (NIH) and Chair of the NIH Stem Cell Task Force. I am responsible for helping to develop and implement stem cell policy for NIH, including the planning, development and implementation of the NIH Guidelines for Human Stem Cell Research (Guidelines), 74 Fed. Reg. 32,170 (July 7, 2009).

2. The documents annexed hereto constitute, to the best of my knowledge, a true and complete copy of all documents and materials that were considered by the agency in the promulgation of the July 7, 2009 Guidelines, including documents and materials that explain and clarify the technical subject matter of those Guidelines. Privileged documents reflecting internal agency deliberations are not part of this administrative record.

1

2

I declare under penalty of perjury that the foregoing is true and correct. Executed at Bethesda, Maryland this 27th day of September, 2010.

*[signature]*

STORY LANDIS, PH.D.
Director
National Institute of Neurological Diseases and Stroke
National Institutes of Health