**EXHIBIT A**

**From:** Lingo, Brad
**Sent:** Wednesday, September 22, 2010 7:53 AM
**To:** Karron, Andrew; Evanson, Blaine H.
**Cc:** Hungar, Thomas G.
**Subject:** RE: Sherley v. Sebelius

Andrew,

As I think Tom might have already told you, we will not object in district court to a timely amicus brief at the motion for summary judgment stage, assuming you file on the promised schedule.

**Brad Lingo**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.887.3681 • Fax +1 202.530.9683
BLingo@gibsondunn.com • www.gibsondunn.com


**From:** Karron, Andrew [mailto:Andrew.Karron@APORTER.COM]
**Sent:** Tuesday, September 21, 2010 9:14 PM
**To:** Lingo, Brad; Evanson, Blaine H.
**Subject:** FW: Sherley v. Sebelius

Gentleman:

In Mr. Hungar's absence, I am forwarding you the message below requesting plaintiffs' consent to our motion for leave to file brief amicus curiae. Thanks.

**From:** Karron, Andrew
**Sent:** Tuesday, September 21, 2010 9:09 PM
**To:** 'THungar@gibsondunn.com'
**Subject:** Sherley v. Sebelius

Dear Mr. Hungar:

We anticipate seeking leave to file on behalf of our client CAMR a brief amicus curiae in opposition to plaintiffs' motion for summary judgment in the District Court. We anticipate filing our brief by no later than 24 hours after the government files its brief, so plaintiffs should have ample opportunity to respond. In accordance with the local rules, I request your consent to our motion for leave to file brief amicus curiae.

Thanks.

**Andrew T. Karron**
Arnold & Porter LLP

555 Twelfth Street, NW
Washington, DC 20004-1206

Tel.:   202-942-5335
Fax:   202-942-5999
Cell:   301-237-6221
Andrew_Karron@aporter.com
www.arnoldporter.com

_____
U.S. Treasury Circular 230 Notice

Any U.S. federal tax advice included in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding U.S. federal tax-related penalties or (ii) promoting, marketing or recommending to another party any tax-related matter addressed herein.

_____

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

---------------------------------------------------------------------
For more information about Arnold & Porter LLP, click here:
http://www.arnoldporter.com