National Institutes of Health
49 Convent Dr. MSC 4470
Building 49, Room 4A22
Bethesda, Maryland 20892-4470
Phone (301) 594-2481
Fax (301) 435-2440

October 10, 1996

Wendy Fibison, PhD
Georgetown University Medical Center
Institute for Molecular and Human Genetics M4000
3800 Reservoir Road, NW
Washington, DC 20007

Dear Dr. Fibison:

Thank you for meeting with me and Anita Brooks earlier this week. I am writing to summarize our discussion concerning your research activities with Mark Hughes at Georgetown University.

First, I want to clarify for you the NIH position on embryo research. As a federally supported IRTA at NIH you may not engage in embryo related research with funds, equipment or other support from NCHGR. This includes preimplantation genetics involving molecular or cytogenetic analysis from DNA derived from a human embryo or a single cell from a human blastomere from a cleavage stage embryo (please see the attached Federal legislation concerning the ban on embryo research). As we discussed in our meeting, it may be very helpful to you to keep a log of research activities involving Georgetown support and those involving NCHGR support.

You and the other members of the group who work with Dr. Mark Hughes have been assigned to the Medical Genetics Branch which is under the direction of Dr. Clair Francomano. She has responsibility for approving your travel requests and budget related to your NCHGR supported research. As I mentioned in our meeting, I urge you to set up a meeting with Dr. Francomano at the earliest opportunity.

Any manuscripts prepared for publication in journals, books or as abstracts that come from NCHGR supported work are required to be reviewed first by your Branch Chief, Dr. Francomano, and then by Dr. Trent and myself before they can be submitted for publication. Similarly, we need to be notified about any seminars or talks you will give which include work supported by NCHGR.

Dr. Hughes receives partial support for his non-embryo related research from the NCHGR. This support will terminate at the end of December 1997, at which time any obligations to members of his research team will also terminate. As part of our support to Dr. Hughes, we have loaned equipment to Georgetown University. This equipment is for use only at Georgetown University and may not be used for embryo work of any kind.

If you have any questions regarding the kind of research you can engage in on NCHGR support, please do not hesitate to call me or get in touch with Clair Francomano (301-402-8255). I believe you will find both of us to be very supportive and helpful.

Sincerely,

Kate A. Berg, PhD
Deputy Scientific Director, NCHGR