# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. JAMES L. SHERLEY, et al., Plaintiffs, | ) ) ) ) ) ) ) ) ) ) |
| v. | ) ) ) Civil Action No. 09-CV-01575-RCL |
| KATHLEEN SEBELIUS, et al., Defendants. | ) ) ) ) ) ) ) ) ) ) ) |

## NOTICE OF APPEARANCE OF RYAN J. WATSON

To the Clerk of Court and all parties of record:

Please note my appearance in this action on behalf of Plaintiffs.

Respectfully submitted this 9th day of May, 2011.

    /s/ Ryan J. Watson
Ryan J. Watson, D.C. Bar No. 986906
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Telephone: (202) 955-8295
E-mail: rwatson@gibsondunn.com

*Counsel for Plaintiffs*

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of May, 2011, I caused a true and correct copy of the foregoing Notice of Appearance to be served on Defendants' counsel electronically by means of the Court's ECF system.

    /s/ Ryan J. Watson
Ryan J. Watson, D.C. Bar No. 986906
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036-5306
Telephone: (202) 955-8295
E-mail: rwatson@gibsondunn.com

*Counsel for Plaintiffs*