**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DR. JAMES L. SHERLEY, et al.,<br>      Plaintiffs,<br><br>v.<br><br>KATHLEEN SEBELIUS, et al.,<br>      Defendants. | Civil Action<br>No. 09-CV-01575-RCL |

**[PROPOSED] ORDER ON PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEFS**

Plaintiffs' Motion For Leave To File Supplemental Briefs is hereby **GRANTED**. It is therefore

**ORDERED** that the briefing schedule be entered as follows:

- <u>Plaintiffs' Supplemental Brief:</u>  Due on or before June 3, 2011, and limited to 10 pages.

- <u>Defendants' Response to Plaintiffs' Supplemental Brief:</u>  Due on or before June 24, 2011, and limited to 10 pages.

- <u>Plaintiffs' Reply to Defendants' Response:</u>  Due on or before July 6, 2011, and limited to 5 pages.

**SO ORDERED.**

Date: _____     _____
                                              ROYCE C. LAMBERTH
                                              United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of May, 2011, I caused a true and correct copy of the foregoing [Proposed] Order to be served on Defendants' counsel electronically by means of the Court's ECF system.

    /s/ Ryan J. Watson
Ryan J. Watson, D.C. Bar No. 986906
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036-5306
Telephone: (202) 955-8295
E-mail: rwatson@gibsondunn.com

*Counsel for Plaintiffs*