UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
DR. JAMES L. SHERLEY, *et al.*,             )
                                            )
              Plaintiffs,              )
                                            )
v.                                          )   Civ. No. 1:09-cv-1575 (RCL)
                                            )
                                            )
KATHLEEN SEBELIUS, *et al.*,                )
                                            )
              Defendants.              )
_____)

**ORDER**

Before the Court are the Coalition for the Advancement of Medical Research's ("CAMR") Unopposed Motion [61] for Leave to File Brief Amicus Curiae, the Genetics Policy Institute, Inc.'s ["GPI"] Unopposed Motion [63] for Leave to File Memorandum as Amicus Curiae in Opposition to the Plaintiffs' Motion for Summary Judgment, and the State of Wisconsin's Unopposed Motion [69] for Leave to Join the Amicus Brief Provisionally Filed by the Coalition for the Advancement of Medical Research. Upon consideration of the motions, oppositions, replies, and the applicable law, it is hereby

ORDERED that CAMR's Unopposed Motion [61] for Leave to File Brief Amicus Curiae is GRANTED; it is further

ORDERED that GPI's Unopposed Motion [63] for Leave to File Memorandum as Amicus Curiae in Opposition to the Plaintiffs' Motion for Summary Judgment is GRANTED; and it is further

ORDERED that the State of Wisconsin's Unopposed Motion [69] for Leave to Join the Amicus Brief Provisionally Filed by the Coalition for the Advancement of Medical Research is GRANTED.

The Court notes, however, that its review of plaintiffs' Motion [55] for Summary Judgment and defendants' Motion [58] for Summary Judgment is limited to the administrative record, filed with the Court on September 27, 2010.  *See* Defs.' Notice [56] of Filing, Sept. 27, 2010.  Any exhibits to CAMR's or GPI's amicus briefs not contained in the administrative record will be disregarded by the Court.

SO ORDERED.

Signed by Royce C. Lamberth, Chief Judge, on July 27, 2011.