UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. JAMES L. SHERLEY, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civ. No. 1:09-cv-1575 (RCL) |
| KATHLEEN SEBELIUS, *et al.*, | ) |
| Defendants. | ) |

## ORDER AND JUDGMENT

For the reasons stated in the accompanying Memorandum Opinion filed this date, it is hereby

ORDERED that plaintiffs' Motion [55] for Summary Judgment is DENIED and defendants' Motion [58] for Summary Judgment is GRANTED. It is further

ORDERED that judgment is entered for defendants. All claims are hereby dismissed.

SO ORDERED.

Signed by Royce C. Lamberth, Chief Judge, on July 27, 2011.