IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. JAMES L. SHERLEY, et al., <br> Plaintiffs, <br><br> v. <br><br> KATHLEEN SEBELIUS, et al., <br> Defendants. | Civil Action <br> No. 1:09-cv-1575-RCL |

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiffs Dr. James L. Sherley and Dr. Theresa Deisher appeal to the United States Court of Appeals for the District of Columbia Circuit from the final Order and Judgment of this Court entered on July 27, 2011 [Dkt. #86], which entered judgment for Defendants, granted Defendants' Motion for Summary Judgment, denied Plaintiffs' Motion for Summary Judgment, and dismissed all claims; and all other orders and rulings adverse to Plaintiffs in this case.

Dated:  September 19, 2011

Respectfully Submitted,

  /s/  *Thomas G. Hungar*
Thomas G. Hungar, D.C. Bar No. 447783
Thomas M. Johnson, Jr., D.C. Bar No. 976185
Ryan J. Watson, D.C. Bar No. 986906
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036
(202) 955-8500

Blaine H. Evanson, Cal. Bar No. 254338
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071
(213) 229-7000

Samuel B. Casey, Cal. Bar No. 76022
LAW OF LIFE PROJECT
FRC Building, Suite 521
801 G Street, N.W.
Washington, D.C.  20001
(202) 587-5652

Steven H. Aden, D.C. Bar No. 466777
ALLIANCE DEFENSE FUND
801 G Street N.W., Suite 509
Washington, D.C.  20001
(202) 393-8690

*Counsel for Plaintiffs*